UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Criminal No. 19-mj-30072

v.

KEDAR SALTER,

       Defendant.

_____/

**MOTION TO UNSEAL COMPLAINT, ARREST WARRANT AND AFFIDAVIT**

The United States of America, by its undersigned attorneys, respectfully requests the court to unseal the Complaint, Warrant of Arrest, and Affidavit for complaint for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                            Respectfully submitted,

                                            MATTHEW SCHNEIDER
                                            United States Attorney

                                            s/ *Thomas Franzinger*
                                            THOMAS FRANZINGER
                                            Assistant United States Attorney
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI 48226
                                            313-226-9774
Dated:  April 29, 2019                thomas.franzinger@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Criminal No.   19-mj-30072

v.

IN RE:   SEALED MATTER

       Defendant.
_____/

**ORDER TO UNSEAL COMPLAINT, ARREST WARRANT AND AFFIDAVIT**

IT IS HEREBY ORDERED that the complaint, warrant for arrest, and affidavit for complaint be UNSEALED.

Dated: April 30, 2019                s/Anthony P. Patti
                                            Honorable Anthony Patti
                                            United States Magistrate Judge